UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO DAVIS,

    Petitioner,

v.                                               Case No. 15-cv-14420

TONY TRIERWEILER,

    Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO
AMEND/SUPPLEMENT HABEAS PETITION**

Michigan prisoner Mario Davis ("Petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the court on Petitioner's motion to amend/supplement his habeas petition to add documents from his state criminal proceedings. Respondent has filed an answer to the petition, but has not filed a response to the motion. The court has discretion to allow amendment of the habeas petition. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having reviewed the matter, the court finds that Petitioner should be allowed to supplement his pleadings as requested. Accordingly, the court GRANTS his motion. The court makes no determination as to the relevancy of the supplemental information at this time.

    IT IS SO ORDERED.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 2, 2016, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522